UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                         Case No. 24-51341

SMRK PROPERTY, LLC,                 Chapter 11

                 Debtor.                       Judge Thomas J. Tucker
_____/

## ORDER OF RECUSAL,
## AND ORDER CANCELLING THE
## DECEMBER 18, 2024 INITIAL SCHEDULING CONFERENCE

       This Chapter 11 case was filed on December 2, 2024, and currently is scheduled for a telephonic initial scheduling conference, to be held on December 18, 2024 at 11:00 a.m.

       Having reviewed the matter, I conclude that I must disqualify myself from hearing this case, under 28 U.S.C. § 455(a), because my impartiality might reasonably be questioned. This is due to the fact that my son is an attorney and partner employed by the law firm representing Shoreham Bank in this case, a major secured creditor. (*See* Docket ## 2, 14). Accordingly,

       IT IS ORDERED that the undersigned judge disqualifies himself from hearing this case, based on 28 U.S.C. § 455(a).

       IT IS FURTHER ORDERED that the Clerk will reassign this case to another judge of this Court, by blind draw.

       IT IS FURTHER ORDERED that the initial scheduling conference, scheduled for December 18, 2024 at 11:00 a.m., is cancelled.

**Signed on December 16, 2024**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**